UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FINOVA CAPITAL CORPORATION,

        Appellant,

v.                                            Case No. 8:04-cv-2797-T-24TBM

FLMI, INC. d/b/a KURTZ PHARMACY
and FRANK BYERLY,

        Appellees.
_____/

## ORDER

        This cause comes before the Court on Appellant's, Finova Capital Corporation ("Finova"), Motion to Strike Appellees' Amended Legal Memorandum In Response to Appellant Finova Capital Corporation's Request for Oral Argument (Doc. No. 44). Appellees filed a response in opposition thereto (Doc. No. 45).

        On April 18, 2005, Finova filed an amended request for oral argument (Doc. No. 36). On April 28, 2005, Appellees filed a ten-page amended response to Finova's request for oral argument. (Doc. No. 43). Finova moves to strike the majority of Appellees' response as an improper reply to Finova's reply brief and as containing "inflammatory comments regarding FINOVA's attorneys." (Doc. No. 44).

        Under Local Rule 3.01(a), Appellees are entitled to respond to Finova's amended request for oral argument explaining why they do not feel that oral argument is warranted. However, the majority of Appellees' response is an improper reply to Finova's reply brief. Specifically, under Fed. R. Bankr. P. 8009(a), after service of an initial brief, answer brief, and reply brief, no further appellate briefing is permitted without leave of the district court. The Court did not

request further appellate briefing from Appellees.

Accordingly, Finova's Motion to Strike Appellees' Amended Legal Memorandum In Response to Appellant Finova Capital Corporation's Request for Oral Argument (Doc. No. 44) is **GRANTED** to the extent that paragraphs 7 through 25 and the first sentence of the conclusion paragraph of Appellees' Amended Legal Memorandum in Response to Appellant Finova Capital Corporation's Motion for Oral Argument (Doc. No. 43) are **STRICKEN**.

**DONE AND ORDERED** at Tampa, Florida, this 30th day of September, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record