UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FINOVA CAPITAL CORPORATION,

    Appellant,

v.                                          Case No. 8:04-cv-2797-T-24TBM

FLMI, INC. d/b/a KURTZ PHARMACY
and FRANK BYERLY,

    Appellees.
_____/

### ORDER

This cause comes before the Court on the Judgment of the United States Court of Appeals For the Eleventh Circuit dated May 9, 2006, which was issued as mandate on July 5, 2006 (Doc. No. 74). In its opinion, the Eleventh Circuit reversed this Court's September 30, 2005 Order (Doc. No. 57). This Court's September 30, 2005 Order reversed the decision of the bankruptcy court which granted final judgment in favor or Appellees and remanded the case to the bankruptcy court with instructions to vacate its Findings of Fact, Conclusions of Law and Memorandum Opinion and final judgment entered thereon. On April 7, 2006, this Court granted Appellant's Motion for Appellate Attorneys' Fees (Doc. No. 72). Based upon the Judgment, the Court finds that vacation of the Order finding Appellant entitled to attorneys' fees is appropriate.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1)    The Clerk is directed to **VACATE** the September 30, 2005 Order reversing the decision of the bankruptcy court granting final judgment in favor of Appellees (Doc. No. 57).

(2)     The Clerk is directed to **VACATE** the April 7, 2006 Order granting Appellant's Motion for Appellate Attorneys' Fees (Doc. No. 72).

(3)     The decision of the bankruptcy court is **AFFIRMED**.

**DONE AND ORDERED** at Tampa, Florida, this 20th day of July, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
The Honorable Alexander L. Paskay